An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ENGINEERED STRUCTURES, INC.;
AND WESTERN SURETY COMPANY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
LINDA MARIE BELL, DISTRICT
JUDGE,
Respondents,
and
TERRA SOUTH CORPORATION D/B/A
MAD DOG HEAVY EQUIPMENT; AND
THE HANOVER INSURANCE
COMPANY,
Real Parties in Interest.

No. 68202

FILED

JUN 1 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order denying a motion to enforce a settlement agreement. Having considered the petition and supporting documents, we are not persuaded that petitioners have met their burden of demonstrating that our extraordinary intervention is warranted. Based on attachments to petitioners' emergency stay motion, it appears that the district court and certain parties, including the plaintiff below, have not yet had the opportunity to address the additional documentation of a settlement agreement and stipulation. We are confident the district court will resolve the outstanding issues regarding the settlement. Accordingly, we deny the petition. NRAP 21(b); NRS 34.160; NRS 34.320; *Pan v.*

15-18849

*Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991).

It is so ORDERED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Linda Marie Bell, District Judge
       Hoy Chrissinger Kimmel, PC
       Ellsworth & Bennion Chtd.
       Peel Brimley LLP/Henderson
       Jennings Strouss & Salmon/Phoenix
       Eighth District Court Clerk

---

[1]In light of this order, petitioners' emergency stay motion is denied.